Case: 1:25-cr-00810 Document #: 1 Filed: 12/18/25 Page 1 of 5 PageID #:1

Judge Thomas M. Durkin
Magistrate Judge Heather K. McShain
RANDOM / Cat. 3

FILED
12/18/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

BC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. |
| v. ) | |
| ) | |
| REYNA GARCIA ) | Violations: Title 18, United States |
| ) | Code, Sections 1341, 1343 |

**COUNT ONE**

The SPECIAL JUNE 2024 GRAND JURY charges:

1. At times material to the indictment:

    a. Defendant REYNA GARCIA was employed by Company A as a clerk in office services. GARCIA resided in Cicero, Illinois.

    b. Individual A was a relative of GARCIA who resided in Joliet, Illinois.

    c. Individual B resided with GARCIA in Cicero, Illinois.

    d. Individual C resided with Individual A in Joliet, Illinois.

    e. Company A was a food supplier and food service distribution company.

    f. Company B sold printer supplies, including ink or toner cartridges for printers.

    g. Company C supplied ink and toner cartridges to Company B.

1

2. Beginning no later than in or about August 2017, and continuing until at least in or about August 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

REYNA GARCIA,

defendant herein, with others known and unknown to the Grand Jury, devised and intended to devise, and participated in a scheme to defraud and to obtain money from Company A, by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, which scheme is further described below.

3. It was part of the scheme that, from no later than in or around May 2017, to at least in or around January 2023, GARCIA fraudulently caused Company A to purchase from Company B over $3 million worth of toner cartridges, and converted them to her own use by using her and Individual A's respective eBay accounts to sell them.

4. It was further part of the scheme that GARCIA caused Company A to order toner cartridges from Company B by fraudulently representing that the toner cartridges were for Company A's use, when in fact she knew that the toner cartridges were for her own use.

5. It was further part of the scheme that after Company B shipped the toner cartridges to Company A, GARCIA used Company A's account at a commercial interstate carrier to ship the toner cartridges from Company A to herself and to Individual B at their apartment in Cicero and to Individual A and Individual C at the residence they shared in Joliet.

6. It was further part of the scheme that GARCIA and Individual A used separate accounts on eBay to sell for their own profit the toner cartridges that GARCIA fraudulently caused Company A to buy and ship to them. GARCIA and Individual A received at total of at least approximately $150,000 in sales revenue on eBay.

7. It was further part of the scheme that GARCIA misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, the existence of the scheme, the purposes of the scheme, and acts done in furtherance of the scheme.

8. On or about January 21, 2021, in the Northern District of Illinois, Eastern Division, and elsewhere,

REYNA GARCIA,

defendant herein, for the purpose of executing the scheme to defraud, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an email sent from GARCIA in Illinois and received by Company A outside of Illinois, instructing Company A personnel how to account for the toner cartridges GARCIA fraudulently had ordered;

In violation of Title 18, United States Code, Section 1343.

## COUNT TWO

1. The allegations in paragraphs 1 through 7 are incorporated here.

2. On or about February 16, 2021, in the Northern District of Illinois, Eastern Division, and elsewhere,

REYNA GARCIA,

defendant herein, for the purpose of executing the scheme to defraud, knowingly caused to be deposited with a commercial interstate carrier, namely UPS, a package to be sent and delivered from Company C outside of Illinois, to Company A in Illinois, containing toner cartridges;

In violation of Title 18, United States Code, Section 1341.

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1341 and 1343, as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. If any of the property subject to forfeiture and described above, as a result of any act or omission by defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY