

**FILED**
12/18/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Judge Thomas M. Durkin
Magistrate Judge Heather K. McShain
RANDOM / Cat. 3

PJJ   BC   FELONY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Reyna Garcia | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Fraud - mail/wire/bank/healthcare III**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **18 USC 1341, 1343**

Assistant United States Attorney(s): **Kelly Guzman**

Contact Person and Phone Number: **Kelly Guzman, 312-771-7703**